AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

AMERICA ONLINE, INC.

V.

DAVIS WOLFGANG HAWKE, et al

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 1:04cv259

MISC 05 0077S

I, Elizabeth H. Paret, Clerk of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on May 2, 2005 (Date), as it appears in the records of this court, and that

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court on

June 8, 2005
Date

Elizabeth H. Paret
Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
MAY - 2 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. Plaintiff | ) | MISC 05 0077S |
| | ) | |
| v. | ) | Civil Action No. 1:04cv259 |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al. Defendants | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on May 2, 2005 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiff America Online, Inc, against the defendants Davis Wolfgang Hawke, Jacob Brown and Mauricio Ruiz in the amount of $12,834,553.82 plus interest at the statutory rate.

ELIZABETH H. PARET, CLERK

By:______________
Deputy Clerk

Alexandria, Virginia

A True Copy, Teste:
Clerk, U.S. District Court
By ______________
Deputy Clerk

62

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAY - 2 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**AMERICA ONLINE, INC.,**

**Plaintiff,**

**v.**

**DAVIS WOLFGANG HAWKE, et al.,**

**Defendants.**

**Case No. 1:04cv259**

MISC 05 0077S

## JUDGMENT ORDER

On February 7, 2005, the United States Magistrate Judge designated to conduct a hearing in this matter issued a Report and Recommendation entering finding of liability with respect to defendants Hawke, Brown, and Ruiz on Count I of plaintiff's amended complaint. The Report and Recommendation, however, did not enter a finding of liability on Counts II-IX of the amended complaint, noting that plaintiff had not set forth any statutory analysis, case law, or other argument to support a finding of liability on those Counts in its supporting memorandum as required by Local Civil Rule 7(F)(1). Plaintiff thereafter filed an objection to the Report and Recommendation. Plaintiff's objection is limited to the Magistrate Judge's failure to enter a finding of liability with respect to Counts II-IX, and sets forth argument for a finding of liability on those Counts.

Plaintiff's initial memorandum of law in support of its motion for a default judgment does not discuss the statutory provisions and common-law authority underlying the causes of action set forth in Counts II-IX. Additionally, the damages sought in that memorandum are based entirely on a finding of liability on Count I. The Magistrate Judge's decision not to

61

enter a finding of liability with respect to Counts II-IX was therefore correct. Thus, upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the February 7, 2005 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is entered by default in favor of plaintiff and against defendants Hawke, Brown, and Ruiz in the total amount of $12,834,553.82, plus interest at the statutory rate.

It is further **ORDERED** that defendants Hawke, Brown, and Ruiz are **RESTRAINED** and **ENJOINED** from:

a. Sending or transmitting, or directing, aiding, or conspiring with others to send or transmit, electronic mail or electronic communication bearing any false, fraudulent, anonymous, inactive, deceptive, or invalid source, routing, or return information;

b. Using, or directing, aiding, or conspiring with others to use the computers or computer networks of America Online, Inc. ("AOL"), or the computers or computer networks of any of AOL's subsidiaries or affiliates, in any manner, directly or indirectly, in connection with the transmission or transfer of any form of electronic information across the Internet;

c. Opening, creating, obtaining access to, and/or using in any way, or directing, aiding, or conspiring with others to open, create, obtain access to, and/or use in any way, any AOL membership or account;

d. Acquiring, compiling, possessing, or transferring lists of AOL member e-mail addresses, e-mail addresses that contain an AOL domain, instant message screen name or any other electronic address of any kind owned, serviced or maintained by AOL, including without limitation lists or databases containing such names or addresses together with street addresses, telephone numbers or any other member data;

e. Sending or transmitting, or directing, aiding, facilitating or conspiring with others to send or transmit, any electronic mail or other communication to or through AOL or its members;

f. Creating, registering, or maintaining any Internet services by providing false or misleading information;

g. Participating in or operating any Internet website offering any "click-through" or referral-revenue sharing compensation program;

h. Possessing, using, disseminating, distributing, or transferring to any third party other than AOL, any AOL property, including electronic databases of member screen names, customer lists, or data tables; and

i. Refusing to return to AOL upon demand any AOL property in the defendants' possession, including electronic databases of member screen names, customer lists, or data tables.

The Clerk is directed to enter judgment pursuant to Rule 58, FED. R. CIV. P., to place this matter among the ended causes, and to send a certified copy of this Judgment Order to defendants and all counsel of record.

Alexandria, Virginia
May 2, 2005

T. S. Ellis, III
United States District Judge

A True Copy, Teste:
Clerk, U.S. District Court
By
Deputy Clerk