**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

-------------------------------------------------------------x

AMERICA ONLINE, INC.

Plaintiff,

vs. M. No. 05-0077S

DAVID WOLFGANG HAWKE, et al

Defendant.

-------------------------------------------------------------x

**ENTRY OF APPEARANCE**

I, J. Richard Ratcliffe, hereby enter my appearance on behalf of the Plaintiff, America Online, Inc.

America Online, Inc.
By its Attorneys,

J. Richard Ratcliffe, #2603
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Date: 6/10/05