**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| | ) | |
| DAVID WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**Affidavit In Support of Plaintiff's Motion for an Order Commanding Judgment Debtor Jacob D. Brown to Appear for Examination As to Property Subject to Execution**

J. Richard Ratcliffe, being duly sworn, deposes and says:

1. I am an attorney licensed to practice law in this Court and counsel for America Online, Inc. ("America Online") the Plaintiff in the above-captioned action. I make this affidavit in support of America Online's motion for an order from this Court requiring that Defendant, Jacob D. Brown ("Brown"), be brought before the court for examination to determine what property he may have in the State of Rhode Island subject to execution.

2. On May 2, 2005 a judgment was rendered in the United States District Court for the Eastern District of Virginia in the favor of America Online and against, *inter alia*, Defendant Brown for twelve million eight hundred thirty-four thousand five hundred fifty-three dollars and eighty-two cents ($12,834,553.82) plus interest. On June 10, 2005, the judgment was duly registered in this Court.

3. There is still due and owing on the judgment damages of twelve million eight hundred thirty-four thousand five hundred fifty-three dollars and eighty-two cents ($12,834,553.82) plus interest.

4. On June 15 , 2005, a writ of execution was issued from the court requiring the United States Marshal for this district to levy on the property of Brown within the State of Rhode Island and subject to execution, for the purpose of satisfying the aforementioned judgment.

5. Plaintiff has not yet served the execution upon Defendant, Jacob D. Brown.

J. Richard Ratcliffe

Subscribed and sworn to before me on this 28th of June, 2005.

Notary Public
My Commission Expires: 1/31/09