**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff, | ) | |
| vs. | ) | M. No. 05-0077S |
| DAVIS WOLFGANG HAWKE, et al<br>Defendants. | ) | |

**AFFIDAVIT OF DAVID MACLEAN**

David MacLean, being duly sworn, hereby deposes and states as follows:

1. I am a licensed private investigator.

2. I have personal knowledge of the matters attested to herein.

3. On March 20, 2004, I served Jacob Brown with a summons and complaint pertaining to the underlying case, filed by America Online in the Eastern District of Virginia at 32-34 Baxter Street, Pawtucket, Rhode Island. At that time Mr. Brown declined to take the documents, letting them fall to the ground. Mr. Brown then went inside the house. When Mr. Brown subsequently came back out, I took a video recording as he stood beside the documents and appeared to make a telephone call to the Pawtucket Police Department. I overheard Mr. Brown telling the police that an unknown individual was harassing him.

4. I have determined that Jacob D. Brown maintains his address on his license and vehicle registration as that of his father, David Brown, at 479 East Avenue, Pawtucket, Rhode Island.

5. Since March 2004, I have observed Jacob D. Brown stay overnight at several locations, including: 32-34 Baxter Street, Pawtucket, Rhode Island, 40 Crescent Road, Pawtucket, Rhode Island, and 35 Huron Street, Warwick, Rhode Island. I have been unable to locate his current permanent residence or place of business.

6. Mauricio Ruiz maintains his address on his license and vehicle registration as that of his parents, Rolando and Maria Ruiz, at 10 Oak Grove Boulevard, North Providence, Rhode Island. However, since March, 2004, I have observed that Mauricio Ruiz resides at 111 Freight Street, Pawtucket, Rhode Island, with his girlfriend Liliana Rodriguez.

7. On March 9, 2004, I tried to locate and serve Davis Wolfgang Hawke with the summons and complaint in this matter. I learned that Mr. Hawke, Mr. Ruiz and other individuals operated a business at 40 Crescent Road, Pawtucket, Rhode Island and on the third floor of 150 Main Street, Pawtucket, Rhode Island.

8. On March 9, 2004, I went to the 150 Main Street address where I spoke to an unknown male who referred me to his manager, "Matt." The male referred to as "Matt" identified himself to me as "Jason Tyler." Tyler stated that he worked for Davis Wolfgang Hawke and identified a photo of Mr. Hawke. Tyler stated that his immediate supervisor was Jacob Brown. Mr. Brown subsequently joined the conversation. Mr. Brown stated that he did not know Mr. Hawke and that he did not know the person depicted in the photo of Mr. Hawke.

9. On March 11, 2004, I met with David M. DiMeo, the owner of the building located at 150 Main Street, Pawtucket, Rhode Island. Mr. DiMeo confirmed that on February

4, 2004, he leased the third floor of the building to Davis Wolfgang Hawke, and identified a photo of Mr. Hawke. Mr. DiMeo stated that the person in charge of the business at the location was Jacob Brown.

10. On March 11, 2004, I met with Addison Closson. Mr. Closson stated he was a real estate agent who assisted Mr. Hawke in locating the 150 Main Street address for Mr. Hawke's business.

11. On March 22, 2004, I learned that Davis Wolfgang Hawke, using the alias of David Cross, was residing in a single-family home at 577 Black Plain Road, North Smithfield, Rhode Island. On that date, I attempted to serve Mr. Hawke several times with a summons and complaint in this matter. I was unable to obtain a response from inside the residence after announcing my presence and purpose. At one point, another investigator made a telephone call to a cellular telephone number that I had learned belonged to Mr. Hawke. A male answered this call and, through an open window in the residence, I heard the telephone ring and a male voice answer the call. Upon so hearing, I again announced my presence and purpose, but did not obtain a response from inside.

12. At approximately 3:01 p.m. Jacob Brown arrived at the 577 Plain Road address.

13. At approximately 3:57 p.m. on March 22, 2004, Liliana Rodriguez and an unknown female arrived at the 577 Plain Road address. Jacob Brown then removed several bags from the residence and placed them in the vehicle driven by Ms. Rodriguez.

14. After several more attempts to serve Mr. Hawke, on March 23, 2004, with permission of the Court, I made service upon him at the 577 Plain Road address by

tacking the documents to the front door of the residence.

15. I have been unable to locate Davis Wolfgang Hawke's current permanent residence or place of business.

David MacLean

On this 28th day of June, 2005, the above-named individual, known by me, appeared before me and swore and attested under pains and penalties of perjury that the facts stated herein are true and accurate to the best of his knowledge.

Notary Public
My Commission Expires: 1/31/09