**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff,<br><br>vs.<br><br>DAVIS WOLFGANG HAWKE, et al<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | M. No. 05-0077S |

**Motion for an Ex Parte Order Commanding Judgment Debtor Davis Wolfgang Hawke to Appear for Examination As to Property Subject to Execution**

America Online, Inc., the Plaintiff in the above-entitled action hereby moves this Court for an ex parte order requiring Davis Wolfgang Hawke ("Hawke") to appear before this Court forthwith for an examination regarding property owned by Hawke that is subject to execution. (**Appendix A**, attached hereto, is a proposed order for the Court's consideration). In support hereof, Plaintiff relies on the attached memorandum of law. Plaintiff requests that the hearing be scheduled on or subsequent to August 22, 2005, so that, in the interim, Plaintiff can have sufficient time to conduct discovery and investigation into Hawke's whereabouts and assets.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

Date: June 29, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum in Support of Motion for an Order Commanding Judgment Debtor Davis Wolfgang Hawke to Appear for Examination As to Property Subject to Execution**

America Online, Inc., ("America Online") the Plaintiff in the above-entitled action in whose favor a judgment for twelve million eight hundred thirty-four thousand five hundred fifty-three dollars and eighty-two cents ($12,834,553.82) was rendered against the Defendants, jointly and severally, moves for an order requiring Defendant, Davis Wolfgang Hawke, ("Hawke") to appear before this Court for an examination regarding property owned by Hawke that is subject to execution. The judgment against Hawke was rendered in an action in the United States District Court for the Eastern District of Virginia. The Plaintiff has registered the judgment in this Court so as to enforce the judgment. See Affidavit of Counsel attached as **Appendix A.**

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure by virtue of Rule 69(b)(2) of the Rhode Island Superior Court Rules of Civil Procedure governing practice and procedure in supplementary proceedings in aid of execution of money judgments, Hawke is subject to an examination before this Court regarding his assets. Pursuant to Rule 69(b)(2) of the Rhode Island Superior Court Rules of Civil Procedure, an order for and notice of hearing for examination of

Hawke's assets may be included in the writ of execution and "shall become effective whenever said judgment debtor fails to satisfy the demand of the sheriff or constable serving the writ of execution." Pursuant to Fed. R. Civ. P. 69(a), America Online seeks to avail itself of this state court procedure in aid of execution. Plaintiff requests this Court to issue an Order for Hawke to appear for an examination as to property subject to execution, notice of which Plaintiff will serve with the execution. In doing so, Hawke's rights as a debtor will not be prejudiced thereby – Hawke will be able to avoid the hearing by satisfying the execution.[1]

Although no showing of necessity is required pursuant to state practice, America Online submits that this procedure is, in fact, necessary in this case to protect America Online's assets. As set forth in the Affidavit of Counsel and in the affidavit of John MacLean, Plaintiff's private investigator, attached hereto as **Appendix B**, the Defendant is evasive. On March 9, 2004, America Online's investigator tried to locate and serve Hawke with the summons and complaint in this matter at a location known to house a business run by Hawke. *See* Appendix B. at ¶ 7. Hawke was not present and, in fact, Codefendant Jacob Brown told the investigator that he did not know Hawke, despite evidence to the contrary. *Id.* at ¶¶ 8-10. Thereafter, on March 22, 2004, America Online's investigator learned that Hawke was using the alias of David Cross and residing in a single-family home at 577 Black Plain Road, North Smithfield, Rhode Island. *Id.* ¶ 11. The investigator attempted to serve Hawke several times, but was unable to – despite evidence that Hawke was home. *Id.* That same day, Codefendant Jacob Brown went to Hawke's residence and left with several bags. *Id.* at

[1] In addition to serving the execution and order to appear, plaintiff will serve a subpoena for Hawke to appear for a deposition. At the deposition, plaintiff will inquire regarding assets owned by Hawke. This procedure will allow plaintiff to prepare for the examination as to property subject to execution and assist the court in rendering a decision regarding said property subject to execution.

¶¶ 12-13. America Online has not been able to identify a permanent address for Hawke since March, 2004. *Id.* at ¶ 15.

In order to protect its interests, America Online is conducting intermittent surveillance in an attempt to locate Hawke. If served only with the execution, Hawke may relocate before America Online can serve him with the order for examination. Moreover, even if America Online can successfully serve Hawke a second time, if he does not attend the asset examination hearing, it will have to serve him yet again with a body attachment.[2] By serving Hawke with the order for hearing simultaneously with the execution, Plaintiff reduces the number of times it will have to locate and serve Hawke. Therefore, the requested Order can enhance America Online's ability to protect its interests without causing any prejudice to Hawke.

## Conclusion

For the foregoing reasons, the Plaintiff, America Online, Inc., respectfully requests this Court to grant an Order Commanding Hawke's Appearance for Examination as to Property Subject to Execution, to be served upon Hawke with the Execution. Plaintiff requests that the hearing be scheduled on or subsequent to August 22, 2005, so that, in the interim, Plaintiff can have sufficient time to investigate Hawke's whereabouts and assets.

[2] Body attachments are governed by Rhode Island Superior Court Rules of Civil Procedure 69(b)(5) and *R.I. Gen. Laws* § 9-17-7. As applied in federal court, they authorize and command the United States Marshall to take the subject debtor into custody in order to compel his attendance at an examination into his assets.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

Date: June 28, 2005