UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| v. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, ET AL | ) | |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Plaintiff, America Online, Inc., hereby moves that Marguerite M. Sullivan be admitted *PRO HAC VICE* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- That *pro hac vice* counsel already has expended great time and effort representing the Plaintiff America online, Inc. in this matter in proceedings in the Eastern District of Virginia;
- The case involves novel and complex issues of law involving misuse of internet technologies including the practice of abusing electronic mail otherwise known as SPAM. *Pro hac vice* counsel has developed special skill and expertise in this area through its representation of the Plaintiff;
- *Pro hac vice* counsel's long-standing representation of the client America Online, Inc.

In support hereof, Plaintiff submits the attached "Attorney's Certification for *Pro Hac Vice* Admission."

Plaintiff
Attorney for America Online, Inc.

By: [signature]
J. Richard Ratcliffe, #2603
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903
Tel: (401)331-3400
Fax: (401)331-3440

DATED: July 5, 2005

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bars of the State of Illinois and the Commonwealth of Virginia; the United States District Court for the Northern and Central Districts of Illinois; the United States District Court for the Eastern District of Virginia; and the United States Court of Appeals for the Seventh Circuit. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Name: Marguerite M. Sullivan

Latham & Watkins, LLP
Firm Name

555 11th Street, N.W., Suie 1000
Washington, District of Columbia 20004
Business Address

202-637-2200 202-637-2201
Tel. # Fax #

Local Associate Counsel:
J. Richard Ratcliffe

# 2603
R.I. Bar ID

Ratcliffe Burke Harten & Elias, LLP
Firm Name

1600 Financial Plaza
Providence, RI 02903
Business Address

401-331-3400 401-331-3440
Tel. # Fax #

**ORDER:**

This motion is hereby ______________________________.

______________________________
U.S. District Judge

Date:______________________________