**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **Liliana Rodriguez**<br>**111 Freight Street, Apt. 14**<br>**Pawtucket, RI** |
| **DATE:** | **August 3, 2005** |
| **TIME:** | **10:30 a.m.** |

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

CERTIFICATION

I hereby certify that on the 12th day of ~~June,~~ July 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864