**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| Plaintiff, | ) | |
| vs. | ) | M. No. 05-0077S |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Todd Mensing**
**78 Sprague Avenue**
**Cranston, RI 02920**

**DATE:** **August 15, 2005**

**TIME:** **3:00 p.m.**

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1800 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

CERTIFICATION

I hereby certify that on the 29th day of July, 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

Mauricio A. Ruiz
111 Freight Street, Apt. 14
Pawtucket, RI 02860

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DAVIS WOLFGANG HAWKE, et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | M. No. 05-0077S |

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **Rolando M. Ruiz**<br>**10 Oak Grove Boulevard**<br>**North Providence, RI 02911** |
| **DATE:** | **August 16, 2005** |
| **TIME:** | **1:00 p.m.** |

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

## CERTIFICATION

I hereby certify that on the 29th day of July, 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

Mauricio A. Ruiz
111 Freight Street, Apt. 14
Pawtucket, RI 02860

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **Maria E. Ruiz**<br>**10 Oak Grove Boulevard**<br>**North Providence, RI 02911** |
| **DATE:** | **August 16, 2005** |
| **TIME:** | **11:00 a.m.** |

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

CERTIFICATION

I hereby certify that on the 29th day of July, 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

Mauricio A. Ruiz
111 Freight Street, Apt. 14
Pawtucket, RI 02860

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **Peggy A. Greenbaum**<br>**125 Philip Street**<br>**Medfield, MA 02052** |
| **DATE:** | **August 15, 2005** |
| **TIME:** | **1:00 p.m.** |

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

CERTIFICATION

I hereby certify that on the 29th day of July, 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

Mauricio A. Ruiz
111 Freight Street, Apt. 14
Pawtucket, RI, 02860

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **Hyman A. Greenbaum**<br>**125 Philip Street**<br>**Medfield, MA 02052** |
| **DATE:** | **August 15, 2005** |
| **TIME:** | **11:00 a.m.** |

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

## CERTIFICATION

I hereby certify that on the 29th day of July, 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

Mauricio A. Ruiz
111 Freight Street, Apt. 14
Pawtucket, RI, 02860

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DAVIS WOLFGANG HAWKE, et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | M. No. 05-0077S |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Robert J. Davis**
**149 Farm Lane**
**Westwood, MA 02090**

**DATE:** **August 15, 2005**

**TIME:** **9:00 a.m.**

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

CERTIFICATION

I hereby certify that on the 29th day of July, 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

Mauricio A. Ruiz
111 Freight Street, Apt. 14
Pawtucket, RI 02860

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Patricia Lingenfelter**
**252 Washington Street**
**Taunton, MA 02750**

**DATE:** **August 16, 2005**

**TIME:** **9:00 a.m.**

PLEASE TAKE NOTICE that pursuant to Rhode Island Civil Procedure 30, the plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **RATCLIFFE BURKE HARTEN & ELIAS, LLP, 1600 Financial Plaza, Providence, Rhode Island 02903** before a Notary Public commissioned in the State of Rhode Island.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

## CERTIFICATION

I hereby certify that on the 29th day of July, 2005, a true and accurate copy of the within was mailed, postage prepaid, to:

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

Mauricio A. Ruiz
111 Freight Street, Apt. 14
Pawtucket, RI 02860