U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: America Online Inc.

COURT CASE NUMBER: 05-00775

DEFENDANT: Jacob D. Brown

TYPE OF PROCESS: Writ of exec.

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jacob D. Brown

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

J. R. Ratcliffe, Esq.
1600 Financial Plaza
Providence, RI 02903

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

David MacLean, Private Detective, will call with location for service

Fold

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 508-400-6737

DATE: 7/25/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kara | 7/25/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: JACOB D. BROWN

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:
79 SPRAGUE ST. 2nd FL
CRANSTON, RI 02920

Date of Service: 8/2/05

Time: 0850 am

Signature of U.S. Marshal or Deputy: C. A. Moore

DISTRICT OF RHODE ISLAND

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 270.00 | $ 5.67 | | $275.67 | $ 150.00 | $ 125.67 | $ -0- |

REMARKS:

3 ENDEVERS

FILED

DIDN'T HAVE THE MONEY !!

TOTAL (3) HRS (2) DUSMS (14) MILES SERVED IN HAND C.MOORE 8/2/05

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

c/w