UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff | ) | |
| v. | ) | C.A. No. MISC 05-0077S |
| DAVIS WOLFGANG HAWKE, et al.<br>Defendants | ) | |

## ENTRY OF APPEARANCE

Attorney Brandon S. Bell, duly admitted to practice before the United States District Court, District of Rhode Island, hereby enters his appearance for Defendant, Maurizio Ruiz in the above matter.

Respectfully submitted
Attorneys for Defendant
Maurizio Ruiz,

McOSKER-BELL LAW OFFICE, LLP

Brandon S. Bell
RI and Federal Bar Reg. No. 5871
420 Angell Street
Providence, RI 02906
(401) 272-6303
(401) 272-4163 (Facsimile)

## CERTIFICATION

I hereby certify that I hand-delivered a true copy of the within to Jennifer C. Archie, Esquire, and J. Richard Radcliffe, Esquire on this 13th day of September, 2005.