UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

AMERICA ONLINE, INC. )
Plaintiff )
)
)
v. ) C.A. No. MISC 05-0077S
)
)
DAVIS WOLFGANG HAWKE, et al. )
Defendants )

## DEFENDANT, MAURIZIO RUIZ' MOTION TO STAY PROCEEDINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)

Now comes Defendant, Maurizio Ruiz, by and through his Attorney and hereby moves for an Order from this Court which stays the execution of all proceedings to enforce the judgment pursuant to Federal Rule of Civil Procedure 62(b).

Defendant moves this Honorable Court based on his decision to move pursuant to Federal Court Rule of Civil Procedure Rule 60 to vacate the judgment entered against him on May 2, 2005 in the United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 1:04cv259. In support of this Motion, please see the attached Affidavit of Defendant, Maurizio Ruiz which is attached hereto.

Respectfully submitted
Attorneys for Defendant
Maurizio Ruiz,

McOSKER-BELL LAW OFFICE, LLP

Brandon S. Bell
RI and Federal Bar Reg. No. 5871
420 Angell Street
Providence, RI 02906
(401) 272-6303
(401) 272-4163 (Facsimile)

# CERTIFICATION

I hereby certify that I hand-delivered a true copy of the within to Jennifer C. Archie, Esquire, and J. Richard Radcliffe, Esquire on this 13th day of September, 2005.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff | ) | |
| v. | ) | C.A. No. MISC 05-0077S |
| DAVIS WOLFGANG HAWKE, et al.<br>Defendants | ) | |

AFFIDAVIT

I, Maurizio Ruiz hereby depose and state:

1. I am one of the defendants in the above matter.

2. After my Attorney received a copy of the Complaint the other day I reviewed that and the Judgment which entered against me by default in Virginia.

3. I have consulted with Rhode Island and Virginia Counsel with respect to obtaining relief from the aforesaid judgment pursuant to Rule 60 of the Rules of Civil Procedure.

4. I have every intention of filing a Motion to Vacate the Judgment as soon as my Attorneys can file same and will agree to a reasonable deadline while enforcement proceedings are stayed.,

5. I have been very cooperative throughout the course of these post judgment proceedings and I would simply ask for the opportunity to be heard in Virginia as I believe there are just reasons for the judgment to be vacated..

Maurizio Ruiz

Signed and sworn before me on this 13th day of September, 2005.

Notary Public