UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: MC05-77S** **DATE: September 13, 2005**

**TITLE: America Online, Inc. v. Hawke, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Jennifer Archie, Esq.
Richard Ratcliffe, Esq.
Brandon Bell, Esq. (For Ruiz)
Jacob Brown, Pro Se

**PROCEEDING:** Judgment Debtor Exam of Mauricio A. Ruiz
Judgment Debtor Exam of Jacob D. Brown
Judgment Debtor Exam of Davis Wolfgang Hawke

Motion to Stay to be filed by Deft Ruiz
Background of case
Deft Hawke not served
Plaintiff objects to Motion to Stay
Plaintiff asks for garnishment, no motion pending
Plaintiff quotes Rule 69
Plaintiff calls Mauricio Ruiz to testify, sworn and testimony given
Plaintiff renews Motion for Garnishment
Plaintiff calls Jacob Brown to testify, sworn and testimony given.
Deft makes statement to court.
Court instructs Plaintiff to file written Motion for Garnishment.
Plaintiff to object to Motion to Stay
Plaintiff Motion to secure assets of Ruiz - Granted, order to follow

Court takes under advisement.