**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVID WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 13, 2005 this matter came before the Honorable Lincoln D. Almond, United States Magistrate Judge, for an examination of judgment debtor, Mauricio Ruiz. After hearing thereon, it is hereby

**ORDERED ADJUDGED AND DECREED**

1. That Mauricio Ruiz is enjoined and restrained from spending or further alienating the Twenty Seven Hundred Dollars ($2700.00) he loaned to Cesar Yeps, Jamie Mateo, Claudia Neira, and Indida Fontalvo;

2. That Mauricio Ruiz is enjoined from spending or alienating the Twenty Five Hundred Dollars ($2500.00) of the Forty Five Hundred Dollars ($4500.00) he testified that he has in cash at his residence;

3. That Mauricio Ruiz shall forthwith provide a copy of his 2004 Federal Tax return to counsel for Plaintiff, America Online; and

4. That America Online shall file a motion with the Court regarding the relief it seeks in connection with enforcing the judgment against judgments debtors, Mauricio Ruiz and Jacob Brown.

Entered as an Order of this Court this day of September, 2005.

Entered: By Order:

USMJ

**CERTIFICATION**

I hereby certify that on the 13th day of September, 2005, a true and accurate copy of the within Order was hand delivered to:

Brandon Bell, Esq.
420 Angell Street
Providence, RI 02906