**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | M. No. 05-0077S |
| vs. | ) | |
| | ) | |
| | ) | |
| DAVID WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants | ) | |

**Declaration of Jennifer C. Archie**

Jennifer C. Archie declares as follows:

1. I am a member of the Bars of the District of Columbia and Maryland, and am a partner with the law firm of Latham & Watkins, LLP. I have responsibility for America Online, Inc's junk e-mail litigation and for the work done in the case of *America Online, Inc. v. Hawke*, C.A. No. 04-259-A, in the United States District Court for the Eastern District of Virginia, (the "Virginia lawsuit").

2. An Amended Complaint and summons in the Virginia lawsuit were served upon Mauricio Ruiz ("Ruiz") on or about March 20, 2004.

3. After the Summons and Amended Complaint were served upon Ruiz, he initiated multiple telephone calls with me wherein he acknowledged service of the Summons and Amended Complaint and the pendency of the Virginia lawsuit, and described his role in the events at issue in the Complaint.

4. In multiple telephone conversations with Ruiz I advised him that (i) he should retain counsel, (ii) the Virginia lawsuit involved certain deadlines of which he ought to be mindful, (iii) he should participate in the litigation, and (iv) failure to participate would have consequences, including the entry of default.

5. Ruiz failed to file an Answer or otherwise appear in the Virginia lawsuit.

6. After AOL presented evidence of damages in a motion for entry of default judgment, on May 2, 2005 a judgment was rendered in the United States District Court for the Eastern District of Virginia in the favor of America Online and against, *inter alia*, Defendant Ruiz for twelve million eight hundred thirty-four thousand five hundred fifty-three dollars and eighty-two cents ($12,834,553.82) plus interest. On June 10, 2005, the judgment was duly registered in this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Jennifer C. Archie