FILED
MAY - 2 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

AMERICA ONLINE, INC.
Plaintiff

v.

DAVIS WOLFGANG HAWKE, et al.
Defendants

MISC 05 0077S

Civil Action No. 1:04cv259

JUDGMENT

Pursuant to the order of this Court entered on May 2, 2005 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiff America Online, Inc, against the defendants Davis Wolfgang Hawke, Jacob Brown and Mauricio Ruiz in the amount of $12,834,553.82 plus interest at the statutory rate.

ELIZABETH H. PARET, CLERK

By: __________
Deputy Clerk

A True Copy, Teste:
Clerk, U.S. District Court
By __________
Deputy Clerk

Alexandria, Virginia

(62)