UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

AMERICA ONLINE, INC. :
:
v. : M. No. 05-77S
:
DAVIS WOLFGANG HAWKE, et al. :

**ORDER COMMANDING APPEARANCE
OF JUDGMENT DEBTOR MAURICIO A. RUIZ
FOR EXAMINATION AS TO ASSETS SUBJECT TO EXECUTION**

This matter comes before the Court on the Motion for Order Commanding Mauricio A. Ruiz to Appear for Examination As to Property Subject to Execution. After review of the motion, memorandum and supporting affidavits, submitted by the Plaintiff, America Online, Inc.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. On August 23, 2005, Mauricio A. Ruiz is commanded to appear before the United States District Court for the District of Rhode Island, Two Exchange Terrace, Providence, Rhode Island at 11:00 a.m. and submit to examination at a supplementary proceeding for the purpose of determining property or assets Mauricio A. Ruiz has in this district that may be subject to execution or garnishment toward satisfaction of the judgment rendered against him on May 2, 2005 and registered in this Court on June 10, 2005;

2. Defendant Mauricio A. Ruiz shall bring with him to the hearing for examination of assets ordered pursuant to paragraph number one of this Order those items listed in the attached "Schedule A" unless he shall sooner make them available at the office of Plaintiff's counsel, J. Richard Ratcliffe, Ratcliffe Burke Harten & Elias, LLP, 1600 Financial Plaza, Providence, Rhode Island; and

10

3. A copy of this Order shall be served with or subsequent to the Execution issued on June 15, 2005, but not later than 6 days before the date of the hearing for examination of assets ordered pursuant to paragraph 1 of this Order.

Entered as an Order of this Court on this 6th day of July, 2005.

BY ORDER:

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
July 6, 2005