**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVID WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF J. RICHARD RATCLIFFE**

J. Richard Ratcliffe, being duly sworn, deposes and says:

1. I am an attorney licensed to practice law in this Court and counsel for America Online, Inc. ("America Online") the Plaintiff in the above-captioned action.

2. On May 2, 2005 a judgment was rendered in the United States District Court for the Eastern District of Virginia in the favor of America Online and against, *inter alia*, Defendant Ruiz for twelve million eight hundred thirty-four thousand five hundred fifty-three dollars and eighty-two cents ($12,834,553.82) plus interest. On June 10, 2005, the judgment was duly registered in this Court.

3. The citation hearing in this matter was originally scheduled for August 23, 2005. On or about August 18, 2005, I engaged in a telephone communication with Ruiz's attorney, Brandon Bell. In that conversation, Mr. Bell requested a new date for the citation hearing. America Online agreed to reschedule the hearing to September 18, 2005.

4. On September 19, 2005, I spoke with Mr. Bell who advised me that a Motion to Vacate the Virginia judgment had not yet been filed.

[signature]
J. Richard Ratcliffe

Subscribed and sworn to before me on this 21 of September, 2005.

[signature: Margaret M. Pannoian]
Notary Public
My Commission Expires: 1/31/09