verizon

*We never stop working for you.*

## Verizon (continued)

**Questions? Call 1-800-895-8044**

### For Your Information (continued)

**Important Credit Reporting Notice**

Verizon furnishes bill payment information for all of our customers to the major credit reporting agencies in accordance with the Fair Credit Reporting Act (FCRA). Please make your payment timely by the due date indicated on page 1 of your bill. To establish or re-establish a good track record of making payments on time, consider signing up for our automated Direct Payment Enrollment on the reverse side of your remittance form on page 2 of your bill.

***Change Lives-Check Into Literacy!***

*Through the Check Into Literacy program, you can support literacy programs in your area by giving a one-dollar monthly donation to Verizon Reads, a national public charity. It is easy to make a monthly donation via your phone bill. Visit verizonreads.net for information.*

***Let Us Know What You Think And You Could Win A Panasonic 2.4Ghz Phone***

*Complete a short survey and you'll be entered for a chance to win a state-of-the-art phone. For more information, visit verizon.com/billsurvey or see this month's Extra newsletter in your bill.*

## MCI

This portion of your bill is provided as a service to MCI.

**Helpful Numbers** Billing inquiries call 1-800-895-8044
To order or change service 1-800-444-3333

| Summary | MCI | |
|---|---|---|
| 1 | Collect Calls | $44.88 |
| 2 | Rhode Island gross receipts tax surcharge | 1.84 |
| 3 | Federal Tax | 1.41 |
| 4 | State Tax | 3.27 |
| **Total** | | **$51.40** |

### Itemized Calls

**Collect Calls**

**Operator Assisted**

| no. | date | time | received from | number | rate period | min:sec | amount |
|---|---|---|---|---|---|---|---|
| 5 | 7/15 | 12:05pm | Miami FL | 786-264-8805 | day | 3:00 | $9.84 |
| 6 | 7/15 | 8:33pm | Miami FL | 305-569-6345 | eve | 23:00 | 35.04 |
| **Total Collect Calls** | | | | | | | **$44.88** |

**Continued on next page ▸**