**Narragansett Electric**
A **National Grid** Company

| ***To Reach Us*** | |
|---|---|
| **Customer Service:** | **1-800-322-3223** |
| **Credit Department:** | **1-866-395-0315** |
| **E-mail:** | **narragansett@us.ngrid.com** |
| **Website:** | **www.narragansett.com** |

**Pay This Amount**

$145.19

[redacted]

64714 12590 25

[redacted]

AUG 22 2005

NEXT METER READING DATE

SEPTEMBER 16

SERVICE ADDRESS LOAD ZONE RHODE ISLAND 049647141259025
111 FREIGHT ST 14 P 11 PAWTUCKET RI RODR, CY. 15

***** HAVE YOU FORGOTTEN *****

WE ARE BRINGING TO YOUR ATTENTION THE BALANCE ON THIS BILL WHICH MAY HAVE BEEN OVERLOOKED. PLEASE CONTACT OUR CREDIT DEPARTMENT AT 1-888-211-1717 IF YOU NEED TO REPORT A PAYMENT, ESTABLISH A PAYMENT PLAN OR OBTAIN A LISTING OF LOCAL PAYMENT AGENCIES. IF YOU HAVE MADE A RECENT PAYMENT WHICH MAY NOT HAVE CLEARED OUR RECORDS, WE THANK YOU.

SERVICE PERIOD
JUL 18 TO AUG 17 2005 30 DAYS

TYPE OF METER READING
ACTUAL

| METER NUMBER | RATE | METER READING PRESENT | METER READING PREVIOUS | KWH USAGE |
|---|---|---|---|---|
| 042477614 | A16 | 55960 | 55302 | 658 |

| MONTH | TOTAL KWH |
|---|---|
| A 05 | 658 |
| J | 506 |
| J | 305 |
| M | 128 |
| A | 185 |
| M | 163 |
| F | 194 |
| J 05 | 174 |
| D | 171 |
| N | 192 |
| O | 169 |
| S | 294 |
| A 04 | 236 |

DELIVERY SERVICES:
NARRAGANSETT ELECTRIC COMPANY
RATE: BASIC RESIDENTIAL RATE A-16

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $ 63.49 |
| BALANCE FORWARD | | | 63.49 |
| CUSTOMER CHARGE | | | 2.75 |
| DISTRIBUTION CHARGE | .03380 X | 658 KWH= | 22.24 |
| *TRANSMISSION CHARGE | .00675 X | 658 KWH= | 4.44 |
| TRANSITION CHARGE | .00845 X | 658 KWH= | 5.56 |
| CONSERVATION CHARGE | .00230 X | 658 KWH= | 1.51 |
| CUSTOMER CREDIT | -.00329 X | 658 KWH= | -2.16 |
| TOTAL DELIVERY SERVICE | | | $ 34.34 |
| SUPPLIER SERVICES - STANDARD OFFER: | | | |
| ENERGY CHARGE | .06700 X | 658 KWH= | 44.09 |
| TOTAL ENERGY CHARGE | | | $ 44.09 |
| GROSS EARNINGS TAX | | | 3.27 |
| TOTAL CURRENT BALANCE | | | $ 81.70 |
| TOTAL ACCOUNT BALANCE | | | $ 145.19 |

* INCLUDES A TRANSMISSION ADJUSTMENT IN THE AMOUNT OF $.00239 PER KWH

09-17-2005 103 7713 L.P.S. 145.19

Make check payable to [illegible] Mail to: Processing Center, Woburn MA [illegible] on reverse side.