**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| | ) | |
| DAVID WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF J. RICHARD RATCLIFFE**

J. Richard Ratcliffe, being duly sworn, deposes and says:

1. I am an attorney licensed to practice law in this Court and counsel for America Online, Inc. ("America Online"), the Plaintiff in the above-captioned action.

2. On May 2, 2005, a judgment was rendered in the United States District Court for the Eastern District of Virginia in the favor of America Online and against, *inter alia*, Defendant Ruiz for Twelve Million Eight Hundred Thirty-Four Thousand Five Hundred Fifty-Three Dollars and Eighty-Two Cents ($12,834,553.82) plus interest. On June 10, 2005, the judgment was duly registered in this Court.

3. There is still due and owing on the judgment damages of Twelve Million Eight Hundred Thirty-four Thousand Five Hundred Fifty-Three Dollars and Eighty-Two Cents ($12,834,553.82) plus interest.

4. On August 17, 2005, Defendant Ruiz was served with a writ of execution, which was returned unsatisfied. *See attached* **Exhibit 1**.

J. Richard Ratcliffe

Subscribed and sworn to before me on this 22 of September, 2005.

Margaret M. Pamusi
Notary Public
My Commission Expires: 1/31/09