**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WOLFGANG HAWKE, et al<br><br>Defendants. | ) | M. No. 05-0077S |

**ORDER**

This matter came before the Honorable Lincoln D. Almond, United States Magistrate Judge on the Plaintiff America Online, Inc.'s motion for an order for a Writ of Attachment and for an order requiring the withholding and delivery, to America Online, of the wages of Mauricio Ruiz. After hearing thereon, it is hereby

**ORDERED ADJUDGED AND DECREED**

1) That Mauricio Ruiz shall pay to the Plaintiff the sum of Five Thousand Two Hundred Dollars ($5,200.00) within ten days from the date of this Order.

2) That the Defendant's Motion for a Writ of Attachment as to the wages of Mauricio A. Ruiz is granted.

3) The clerk shall issue writs of attachments as to the wages of Mauricio A. Ruiz in the possession of Diversified Imports, Inc. ("Diversified), of 26 Ship Street, 2nd Floor, Providence, R.I, and to Allied Home Mortgage Capital Corporation, ("Allied") 545 Pawtucket Avenue, Pawtucket, R.I, requiring them to render accounts in writing, upon oath, to the Court within twenty days after service – pursuant to *R.I. Gen. Laws* § 10-17-4(a) – and to render supplementary accounts monthly thereafter pursuant to *R.I. Gen. Laws* § 10-17-4(a).

4) Diversified and Allied shall withhold from Mr. Ruiz's wages the lesser amount of: (a) that amount of Ruiz's wages which exceeds thirty (30) times the federal minimum hourly wage

or, (b) if Ruiz's earnings exceed forty (40) times the federal minimum hourly wage, that which exceeds seventy-five (75%) of his total disposable earnings and to make account for them as provided in paragraph 3 of this Order.

5) Any and all amounts withheld pursuant to paragraph 4 of this Order shall be turned over to America Online, Inc. at the time of each accounting made pursuant to paragraph 3 of this Order until such time as the judgment against Mr. Ruiz is satisfied in full.

Entered as an Order of this Court this ____ day of __________________, 2005.

Entered: By Order:

_____________________________ _____________________________

DATED:

Presented by:


_________________________

J. Richard Ratcliffe, #2603
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440

Of counsel:

Jennifer C. Archie, Esq.

*pro hac vice*
LATHAM & WATKINS, LLP
555 11th Street, N.W., Suite 1000
Washington, District of Columbia 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within pleading was served via first class mail, postage prepaid on the ___ day of September, 2005 to the following counsel of record:

Brandon S. Bell, Esq.
420 Angell Street
Providence, RI 02906

Mr. Jacob Brown
78 Sprague Street, 2nd Floor
Cranston, RI 02920

______________________________