**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff,<br><br>vs.<br><br>DAVIS WOLFGANG HAWKE, et al<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | M. No. 05-0077S |

**PLAINTIFF'S MOTION FOR AN ORDER COMPELLING PAYMENTS BY JACOB BROWN**

Now comes the plaintiff, America Online, Inc., in the above-entitled action and hereby moves pursuant to *Fed. R. Civ. P.* 69 and *R.I. Super. R. Civ. P.* 69(c) for an order compelling Jacob Brown to make monthly payments of $200.00, until such time as the judgment against him is fully satisfied. As reasons therefor, America Online submits the accompanying Memorandum of Law.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

Of counsel:

Jennifer C. Archie, Esq.

*pro hac vice*
LATHAM & WATKINS, LLP
555 11th Street, N.W., Suite 1000
Washington, District of Columbia 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within pleading was served via first class mail, postage prepaid on the 22nd day of September, 2005 to the following counsel of record:

Brandon S. Bell, Esq.
420 Angell Street
Providence, RI 02906

Mr. Jacob Brown
78 Sprague Street, 2nd Floor
Cranston, RI 02920

Sharon Beech

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER COMPELLING PAYMENTS BY JACOB BROWN**

Plaintiff America Online, Inc. hereby moves for an order compelling Jacob Brown to make monthly payments of Two Hundred Dollars ($200.00) to America Online, Inc., until such time as the judgment against him is fully satisfied. Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, Rule 69 of the Rhode Island Superior Court Rules of Civil Procedure governs practice and procedure in supplementary proceedings in aid of execution of money judgments. *See Fed. R. Civ. P.* 69(a); 13-69 Moore's Federal Practice - Civil § 69.03 (2005).[1] Rule 69(c) authorizes the court to order a judgment debtor to make periodic payments toward satisfying a judgment, after allowing a reasonable amount for the support of the debtor and the debtor's family. *R.I. Super. R. Civ. P.* 69(c)(1). The court has discretion to determine the "amount, frequency, and manner" of payment. *Id.* This includes the authority to order an immediate lump sum payment as well as future, periodic installment payments. *See, e.g., Ciccone v. Ciccone*, 204 A.2d 365 (R.I. 1964). The Order

---

[1] Specifically, Rule 69(a) provides that:

> the procedure on execution, in proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held, existing at the time the remedy is sought, except that any statute of the United States governs to the extent that it is applicable.

is not garnishment and, therefore, not subject to statutory restrictions applicable to a motion to attach wages.

On August 16, 2005, Mr. Brown testified as to his assets, income and expenditures at his deposition ("Brown Depo."). A copy of Mr. Brown's deposition transcript has been filed with the Court. Mr. Brown testified in his deposition, and at a citation hearing conducted on September 13, 2005, that he works as a waiter at Bugaboo Creek Steak House in Warwick, Rhode Island ("Bugaboo Creek"). He testified that he makes $ 2.89 per hour and tips. *Brown Depo*. at 20-21. He testified at the citation hearing that he averages $250 per week, for a twenty hour week. He testified that the most he has made in any one week was $400 and the least was $180 during his first week of work. *See also id.* at 21. He testified that his expenses are limited. At his citation hearing, Mr. Brown testified that he pays $300 per month for rent, plus $60.00 for cable television. At the time of his deposition, he testified that he was paying $100 a month for rent. *Id.* at 7-9. At the citation hearing, Mr. Brown testified that his roommate recently increased the rent because he had started to work. He testified that he spends approximately $50 per month on food and is not responsible for utility payments. *Id* at 7-9. Mr. Brown owns an automobile and has a cell phone, but does not pay the cell phone bills. *Id* at 9. Mr. Brown's total monthly expenses are $410.00, plus some amount for gasoline for his automobile, whereas he averages at least $1000.00 per month in income. An order to pay $200.00 per month will afford Mr. Brown sufficient resources to cover his expenses and will leave him with enough resources to allow for fluctuations therein.[2]

---

[2] Moreover, America Online notes that the requested order will not cause an undue hardship in the event that Mr. Brown's expenses increase or that his income decreases because he may move for a further hearing on his ability to pay and a modification of the order. *See R.I. Super. R. Civ. P.* 69(c)(2).

WHEREFORE, Plaintiff America Online, Inc. respectfully requests an Order requiring Mr. Brown to make monthly payment of $200.00 to begin immediately, until the judgment against him is satisfied.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

Of counsel:

Jennifer C. Archie, Esq.

*pro hac vice*
LATHAM & WATKINS, LLP
555 11th Street, N.W., Suite 1000
Washington, District of Columbia 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within pleading was served via first class mail, postage prepaid on the 22nd day of September, 2005 to the following counsel of record:

Brandon S. Bell, Esq.
420 Angell Street
Providence, RI 02906

Mr. Jacob Brown
78 Sprague Street, 2nd Floor
Cranston, RI 02920