# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

---

## *NOTICE*

*AMERICA ONLINE, INC.*

*v.* *MC05-77S*

*DAVIS WOLFGANG HAWKE, et al.*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

***Defendant, Maurizio Ruiz' Motion to Stay Proceedings Pursuant to Federal Rule of Civil Procedure 62(b)***
***Plaintiff's Motion for an Order Compelling Payments by Jacob Brown***
***Plaintiff's Motion for an Order Compelling Payments by Mauricio Ruiz or, in the alternative, to Attach, Withhold and Charge the Wages of Mauricio Ruiz***

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***OCTOBER 13, 2005***
***TIME:*** ***11:00 A.M.***

***David A. DiMarzio, Clerk of Court***

*Jeannine Theall*

Jeannine Theall
Deputy Clerk
Date: September 29, 2005

**NOTICE SENT TO:** **BELL, RATCLIFFE, ARCHIE, BROWN**
N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.