UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff | ) | |
| v. | ) | C.A. No. MISC 05-0077S |
| DAVIS WOLFGANG HAWKE, et al.<br>Defendants | ) | |

10/13/05: DENIED AS MOOT. MOTION WITHDRAWN BY AGREEMENT. USMJ

## DEFENDANT, MAURIZIO RUIZ' MOTION TO STAY PROCEEDINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)

Now comes Defendant, Maurizio Ruiz, by and through his Attorney and hereby moves for an Order from this Court which stays the execution of all proceedings to enforce the judgment pursuant to Federal Rule of Civil Procedure 62(b).

Defendant moves this Honorable Court based on his decision to move pursuant to Federal Court Rule of Civil Procedure Rule 60 to vacate the judgment entered against him on May 2, 2005 in the United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 1:04cv259. In support of this Motion, please see the attached Affidavit of Defendant, Maurizio Ruiz which is attached hereto.

Respectfully submitted
Attorneys for Defendant
Maurizio Ruiz,

McOSKER-BELL LAW OFFICE, LLP

Brandon S. Bell
RI and Federal Bar Reg. No. 5871
420 Angell Street
Providence, RI 02906
(401) 272-6303
(401) 272-4163 (Facsimile)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ______
William E. Smith, U.S. District Judge
Date: 9/22/05

35