UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICA ONLINE, INC.
Plaintiff,

vs.

DAVIS WOLFGANG HAWKE, et al
Defendants.

M. No. 05-0077S

10/13/05: GRANTED BUT ONLY TO THE EXTENT SET FORTH IN THE STIPULATED ORDER ENTERED BY THIS COURT ON 10/13/05.
USMJ

## PLAINTIFF'S MOTION FOR AN ORDER COMPELLING PAYMENTS BY MAURICIO RUIZ OR, IN THE ALTERNATIVE, TO ATTACH, WITHHOLD AND CHARGE THE WAGES OF MAURICIO RUIZ

Now comes the plaintiff, America Online, Inc., in the above-entitled action and hereby moves pursuant to *Fed. R. Civ. P.* 69 and *R.I. Super. R. Civ. P.* 69(c) for an order compelling Mauricio Ruiz to make an immediate payment of $5,200.00 to America Online, Inc. and to thereafter make monthly payments of $1,500.00, until such time as the judgment against him is fully satisfied. America Online moves, in the alternative, pursuant to *Fed.R.Civ.P.* 69 and *R.I. Super. R. Civ. P.* 69(e) for an order: (1) compelling Mauricio Ruiz to make an immediate payment of $5,200.00 to America Online, Inc., and (2) authorizing a writ of attachment/garnishment as to the wages of Mauricio Ruiz to the maximum extent authorized by law until such time as the judgment against him is satisfied, i.e., to the value of $12,834,553.82 plus applicable interest, costs, and attorneys' fees. America Online requests that the order require Mr. Ruiz's employers to withhold such amounts from Mr. Ruiz's wages and to deliver them to America Online on a monthly basis.

In support hereof, America Online submits the accompanying Memorandum of Law.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 9/22/05