UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICA ONLINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVID WOLFGANG HAWKE, et al | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter came before the Honorable Lincoln D. Almond, United States Magistrate Judge on the Plaintiff America Online, Inc.'s motion for an order compelling payments by the Defendant Mauricio Ruiz. By agreement of the parties, it is hereby

**ORDERED ADJUDGED AND DECREED**

1) That on or before October 17, 2005, Mauricio Ruiz shall pay to the Plaintiff the sum of Five Thousand Dollars ($5,000.00).

2) That Mauricio Ruiz shall henceforth pay to the Plaintiff the sum of Six Hundred Dollars ($600.00) per month. The first payment shall be due on December 1, 2005 and each subsequent payment to be due on the first day of each month until such time as the judgment against Mr. Ruiz is satisfied in full.

3) The parties shall appear before this court on the 10th day of ~~March~~ April, 2006 for a review hearing on Mauricio Ruiz's circumstances and ability to pay the judgment.

4) This Order shall be without prejudice to either party's right to move the court for a modification in accordance with *Fed. R. Civ. P.* 69 and *R.I. Super. R. Civ. P.* 69(c)(2).

5) This Order shall be without prejudice to plaintiff's rights to continue post-judgment discovery including, *inter alia*, conducting a deposition of Mauricio Ruiz's current employer.

Entered as an Order of this Court this 13th day of October, 2005.

Entered: By Order:

USMJ

DATED: 10/13/05

Presented by:

J. Richard Ratcliffe, #2603
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440

Of counsel:

Jennifer C. Archie, Esq.

*pro hac vice*
LATHAM & WATKINS, LLP
555 11th Street, N.W., Suite 1000
Washington, District of Columbia 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within pleading was served via first class mail, postage prepaid on the 13th day of ~~September~~ October, 2005 to the following counsel of record:

Brandon S. Bell, Esq.
420 Angell Street
Providence, RI 02906

Mr. Jacob Brown
78 Sprague Street, 2nd Floor
Cranston, RI 02920

Margaret M Panesi
_______________________