# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# *NOTICE*

*AMERICA ONLINE, INC.*

*v.* *MC05-77S*

*DAVID WOLFGANG HAWKE, et al.*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:*** ***Review of Defendant Ruiz's Ability to Pay Judgment***

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***APRIL 10, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: October 17, 2005

**NOTICE SENT TO:** **RATCLIFFE, ARCHIE, SULLIVAN, BELL**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.