**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al<br>Defendants. | ) | |

**PLAINTIFF, AMERICA ONLINE, INC.'S MOTION TO RELEASE DOCUMENTS PRODUCED IN RESPONSE TO SPRINT NEXTEL SUBPOENA**

Now comes the plaintiff, America Online, Inc., in the above-entitled action and hereby requests that this Court release to America Online, Inc. the documents previously delivered to this Court on or about September 2, 2005 in response to America Online, Inc.'s subpoena served upon Sprint Nextel on August 22, 2005.

In support hereof, America Online submits the accompanying Memorandum of Law.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within pleading was served via first class mail, postage prepaid on the 29th day of November, 2005 to the following counsel of record:

Brandon S. Bell, Esq.
420 Angell Street
Providence, RI 02906

Jacob D. Brown
78 Sprague Street, 2nd Floor
Cranston, RI 02920

Sharon Beech

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff, | ) | |
| | ) | |
| vs. | ) | M. No. 05-0077S |
| | ) | |
| DAVIS WOLFGANG HAWKE, et al<br>Defendants. | ) | |

**PLAINTIFF, AMERICA ONLINE, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO RELEASE DOCUMENTS PRODUCED IN RESPONSE TO SPRINT NEXTEL SUBPOENA**

America Online, Inc., ("AOL") the Plaintiff in the above-entitled action in whose favor a judgment for Twelve Million Eight Hundred, Thirty-Four Thousand, Five Hundred Fifty-Three Dollars and Eighty-Two Cents ($12,834,553.82) was rendered against the Defendants, jointly and severally, has moved this Court for an order releasing the documents filed with this Court on or about September 2, 2005 in response to the subpoena served upon Sprint Nextel on August 22, 2005. The subpoena sought billing records related to the following:

1. Telephone Number 617.504.9091;
2. Telephone Number 401.954.7827;
3. Telephone Number 401.419.0529; and
4. Telephone Number 401.617.6154.

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, by virtue of Rule 69(b)(2) of the Rhode Island Superior Court Rules of Civil Procedure, governing practice and procedure in supplementary proceedings in aid of execution fo money judgments, AOL may obtain discovery

from any person in the manner provided in the rules. Pursuant to Red. R. Civ. P. 45, AOL subpoenaed the previously identified telephone records in its attempt to discover individuals who may have information regarding the whereabouts of defendant Davis Hawke ("Hawke") so that he may be served with a copy of the execution and to conduct discovery regarding his assets.

The telephone billing records are created by the telephone company and do not disclose confidential or privileged information. *See e.g. In re Grand Jury Subpoena,* 959 F.2d 1158, 1166 (D.C. Cir. 1992). As set forth below AOL believes that the subpoenaed documents are relevant or likely to lead to the discovery of relevant evidence in connection with the post judgment proceedings.

1. Telephone Number 617.504.9091. AOL has information that this telephone number belonged to Loay Samhoun, an associate of Hawke. **See Appendix A** account billing information. According to Hawke's ex-girlfriend, Patricia Lingenfelter, Hawke taught Samhoun to spam and he "actually spammed a lot." **See Appendix B** deposition of P. Lingenfelter at p. 44. Although he has denied engaging in spamming Loay Samhoun has admitted to attorneys for AOL that he worked for Hawke for approximately eight months. He stated that he shipped products for Hawke and received instructions from Hawke. **See Appendix C** Affidavit of Marguerite Sullivan.

2. Telephone Numbers 617.954.7827 and 401.419.0529. AOL has information that these telephone numbers were billed to Co-Defendant, Jacob Brown, one of Hawke's associates. Brown is on the service list for this matter and is being provided a copy of this motion and memorandum. AOL has already received records from a previous subpoena for telephone number 401.954.7827.

3. Telephone Number 401.617.6154. The telephone records for accounts subscribed to by Mauricio Ruiz and Loay Samhoun establish that this number was called frequently.

Because of the overlap of telephone calls to this number, AOL has reason to believe that the number may have been used by Hawke or one of his associates. See Affidavit of J. Richard Ratcliffe attached as **Appendix D.**

WHEREFORE, Plaintiff America Online, Inc. respectfully requests and order releasing to America Online, Inc. the records produced by Spring Nextel, and currently in possession of this Court.

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served via first class mail, postage prepaid on the 24th day of November, 2005 to the following counsel of record:

Brandon S. Bell, Esq.
420 Angell Street
Providence, RI 02906

Jacob D. Brown
78 Sprague Street, 2nd Floor
Cranston, RI 02920