Precedent 2000

System Options Windows Help

View/Change account - MR. LOAY SAMHOUN : 0014741424

| | | | |
|---|---|---|---|
| Account: | 0014741424 | Establishment date: | 06/05/1999 |
| Primary CSA: | NYCMAN917 | Account type: | A CONSUMER |
| Status: | FINAL | | |
| Account attributes: | | | |

Customer information

Customer: MR. LOAY SAMHOUN

15 NEVADA ST
WORCESTER, MA 01602-2646

Financial information

| | |
|---|---|
| Balance: | Current bal : $0.00 |
| Credit class: | B2_6 HANDSETS |
| Refund method: | BILL CREDIT |
| Payment method: | |

Address assignment...

HOME (617) 504-9091
HOME (617) 504-9091
WORK (609) 786-3334

View/Change customer...

Make inquiry
Payment
Account functions
Subscriptions...

Make adjustment
View/Change cycle...
Notes...
Done

11:34:49 AM May 25, 2004

H-SS0000017