names of?

A. Well, you had mentioned Jake Brown.

Q. Uh-hum.

A. I know that he used Jake Brown. I shouldn't say I know. He bragged and his bragging, I don't know how much truth, then he used Jake Brown kind of like how he used to learn -- used me in he would have Jake open accounts for him or go do this for him and so forth.

Q. Anyone else?

A. Not that I -- oh, yes, yes. There was a person with the name of Loay. I believe that's his first name and I can't for the life of me remember the last. I know he met Loay through tennis.

Q. Samhoun?

A. That sounds right. He met Loay through tennis and he also taught Loay how to spam but I don't know if they did a percentage thing or not. Loay actually spammed a lot.

Q. What about Mauricio Ruiz?

A. Mauricio, I think he was a friend of Davis's from chess also back -- and he knew Brad also. I don't think Mauricio did any active spamming. I think he just hung around, he played poker with them.



9088e083-1af7-4d1e-87f0-3890710d7fd9