UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff,<br><br>vs.<br><br>DAVIS WOLFGANG<br>HAWKE, et al<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | M. No. 05-0077S |

**AFFIDAVIT OF MARGUERITE M. SULLIVAN**

The undersigned, being duly sworn, does hereby depose and state:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia and the State of Illinois, and I represent America Online, Inc. in the above-referenced matter.

2. I have personal knowledge of the facts contained in this affidavit.

3. On September 7, 2004 I interviewed Loay Samhoun.

4. Mr. Samhoun stated that he met Davis Hawke while playing tennis and that Mr. Hawke introduced himself to Mr. Samhoun as "Johnny Maverick."

5. Mr. Samhoun stated that he worked for Mr. Hawke for approximately eight months.

6. Mr. Samhoun stated that he bought product and made shipments to customers after Mr. Hawke supplied him with the names of those customers.

7. Mr. Samhoun stated that Mr. Hawke made approximately $40,000 per week operating his business and that he accompanied Mr. Hawke to the bank.

8. Mr. Samhoun stated that Mr. Hawke had approximately thirty computers at the time he was working for Mr. Hawke.

9. Mr. Samhoun stated that he received checks for the services he provided, and that he cashed these checks. He stated that he believes that Mr. Hawke kept track of how much Mr. Samhoun was paid by noting Mr. Samhoun's affiliate number on his pay stub.

10. Mr. Samhoun stated that he received approximately $65,000 from Hawke's businesses.

11. I have reviewed checks that appear to have been drawn on bank accounts held by Amazing Internet Products, LLC (Mr. Hawke's business) at Citizens Bank in New Hampshire and at Fleet Bank. These checks include a total of $79,468 in checks made payable to Loay Samhoun for the time period from April 2003 through November 2003. Below is a list of the checks drawn on Citizens Bank Account No. 011401533 (see a – vv) and Fleet Bank Account No. 011400495 (See ww - xx):

a. Check No. 1010 – Dated: 3/27/03 in the amount of $1,590.00;

b. Check No. 1032 – Dated: 4/9/03 in the amount of $1,360.00;

c. Check No. 1033 – Dated: 4/9/03 in the amount of $1,200.00;

d. Check No. 1044 – Dated: 4/15/03 in the amount of $ 200.00;

e. Check No. 1137 – Dated: 6/11/03 in the amount of $1,200.00;

f. Check No. 1353 – Dated: 7/21/03 in the amount of $ 400.00;

g. Check No. 1352 – Dated: 7/21/03 in the amount of $ 780.00;

h. Check No. 1365 – Dated: 7/28/03 in the amount of $ 360.00;

i. Check No. 1366 – Dated: 7/28/03 in the amount of $ 760.00;

j. Check No. 1374 – Dated: 8/5/03 in the amount of $3,600.00;

k. Check No. 1376 – Dated: 8/6/03 in the amount of $540.00;

l. Check No. 1377 – Dated: 8/6/03 in the amount of $2,400.00;

m. Check No. 1388 – Dated: 8/12/03 in the amount of $760.00;

n. Check No. 1381 – Dated: 8/12/03 in the amount of $580.00;

o. Check No. 1385 – Dated: 8/12/03 in the amount of $3,360.00;

p. Check No. 1395 – Dated: 8/19/03 in the amount of $1,150.00;

q. Check No. 1389 – Dated: 8/19/03 in the amount of $600.00;

r. Check No. 1394 – Dated: 8/19/03 in the amount of $3,680.00;

s. Check No. 1390 – Dated: 8/19/03 in the amount of $6,720.00;

t. Check No. 1405 – Dated: 8/26/03 in the amount of $6,120.00;

u. Check No. 1406 – Dated: 8/26/03 in the amount of $1,020.00;

v. Check No. 1407 – Dated: 8/26/03 in the amount of $60.00;

w. Check No. 1409 – Dated: 8/26/03 in the amount of $290.00;

x. Check No. 1411 – Dated: 8/28/03 in the amount of $200.00;

y. Check No. 1412 – Dated: 8/28/03 in the amount of $600.00;

z. Check No. 1415 – Dated: 9/3/03 in the amount of $480.00;

aa. Check No. 1416 – Dated: 9/3/03 in the amount of $3,240.00;

bb. Check No. 1418 – Dated: 9/3/03 in the amount of $675.00;

cc. Check No. 1431 – Dated: 9/9/03 in the amount of $2,280.00;

dd. Check No. 1432 – Dated: 9/9/03 in the amount of $40.00;

ee Check No. 1433 – Dated: 9/9/03 in the amount of $625.00;

ff. Check No. 1439 – Dated: 9/16/03 in the amount of $4,260.00;

gg. Check No. 1441 – Dated: 9/16/03 in the amount of $600.00;

hh. Check No. 1446 – Dated: 9/23/03 in the amount of $7,540.00;

ii. Check No. 1261 – Dated: 9/30/03 in the amount of $5,560.00;

jj. Check No. 1266 – Dated: 9/30/03 in the amount of $1,250.00;

kk. Check No. 1267 – Dated: 9/30/03 in the amount of $168.00;

ll. Check No. 1273 – Dated: 10/7/03 in the amount of $3,020.00;

mm. Check No. 1278 – Dated: 10/7/03 in the amount of $625.00;

nn. Check No. 1281 – Dated: 10/7/03 in the amount of $138.00;

oo. Check No. 1297 – Dated: 10/11/03 in the amount of $2,500.00;

pp. Check No. 1298 – Dated: 10/15/03 in the amount of $717.00;

qq. Check No. 1455 – Dated: 10/23/03 in the amount of $625.00;

rr. Check No. 1458 – Dated: 10/23/03 in the amount of $1,057.00;

ss. Check No. 1462 – Dated: 10/23/03 in the amount of $261.00;

tt. Check No. 1463 – Dated: 10/23/03 in the amount of $160.00;

uu. Check No. 1476 – Dated: 10/29/03 in the amount of $625.00;

vv. Check No. 1478 – Dated: 10/29/03 in the amount of $72.00; and the following checks drawn on Fleet Bank account #011400495

ww. Check No. 614 – Dated: 11/10/03 in the amount of $2,420.00; and

xx. Check No. 615 – Dated: 11/10/03 in the amount of $1,000.00.

Marguerite M. Sullivan

Subscribed and sworn to before me this 28th day of November, 2005.

AUDREY LEFF
Notary Public, State of New York
No. 01LE4986614
Qualified in Nassau County
Commission Expires Sept. 23, 2009

Notary Public
My Commission Expires:______________