UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICA ONLINE, INC.<br>Plaintiff,<br><br>vs.<br><br>DAVIS WOLFGANG<br>HAWKE, et al<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | M. No. 05-0077S |

**AFFIDAVIT OF J. RICHARD RATCLIFFE**

The undersigned, being duly sworn, does hereby depose and state:

1. I am an attorney licensed to practice law in the State of Rhode Island and an attorney for plaintiff, America Online in the above-referenced matter.

2. I have reviewed records provided by telephone service providers in response to various subpoenas.

3. These records include telephone services provided to Mauricio Ruiz and Loay Samhoun.

4. The records for telephone number 401.419.1534 establish that Mauricio Ruiz was the subscriber and that from March 31, 2003 through April 21, 2003 there were eight telephone calls to telephone number 401.617.6154.

5. The records for telephone number 401.954.9308 establish that Loay Samhoun was the subscriber and that for the period from April 15, 2003 through June 1, 2003 there were

120 telephone calls to telephone number 401.617.6154.

____________________________
J. Richard Ratcliffe

Subscribed and sworn to before me this 29th day of November, 2005.

____________________________
Notary Public
My Commission Expires: 1/31/09