FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICA ONLINE, INC.
Plaintiff,

vs.

DAVIS WOLFGANG HAWKE, et al
Defendants.

M. No. 05-0077S

1/24/06: GRANTED, SUBJECT TO PLAINTIFF'S SUBMISSION OF AN APPROPRIATE CONFIDENTIALITY ORDER. USDJ

## PLAINTIFF, AMERICA ONLINE, INC.'S MOTION TO RELEASE DOCUMENTS PRODUCED IN RESPONSE TO SPRINT NEXTEL SUBPOENA

Now comes the plaintiff, America Online, Inc., in the above-entitled action and hereby requests that this Court release to America Online, Inc. the documents previously delivered to this Court on or about September 2, 2005 in response to America Online, Inc.'s subpoena served upon Sprint Nextel on August 22, 2005.

In support hereof, America Online submits the accompanying Memorandum of Law.

Almond
12/16/05

America Online, Inc.
By its Attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440