RECEIVED
JAN 26 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICA ONLINE, INC. )
Plaintiff, )
)
vs. ) M. No. 05-0077S
)
DAVIS WOLFGANG )
HAWKE, et al )
Defendants. )

**CONFIDENTIALITY ORDER**

On January 24, 2006, this matter was heard by the Honorable Lincoln D. Almond, United States Magistrate Judge, on the motion of Plaintiff, America Online, Inc. ("America Online"), to release documents received by the Court in response to a subpoena served upon Sprint/Nextel by America Online. The subpoena sought billing records from Sprint/Nextel relating to the following accounts:

1. Telephone Number 617.504.9091;
2. Telephone Number 401.954.7827;
3. Telephone Number 401.419.0529; and
4. Telephone Number 401.617.6154.

After hearing it is hereby

**ORDERED ADJUDGED AND DECREED**

The Court will release the subpoenaed records it has received to counsel for America Online subject to the following Confidentiality Order:

1. That the information contained in the subpoenaed records is designated to be "Confidential." As such, the subpoenaed records shall, unless otherwise ordered upon a

written application to this Court by America Online, only be disclosed to counsel for America Online including, without limitation, supporting personnel such as paralegals, legal secretaries, clerks, stenographers, investigators and expert consultants.

2. Any person to whom disclosure of the Confidential information is made shall be provided with a copy of this Order and further advised that the information in the subpoenaed records shall be used solely for the purpose of assisting America Online in recovery of its judgment in this matter, including, but not limited to, investigating the whereabouts of Davis Wolfgang Hawke, ("Hawke") or any assets in which Hawke may have an ownership or beneficial interest.

3. Counsel for America Online shall forthwith destroy any of the subpoenaed records that it determines will not assist America Online to recover its judgment in this matter.

Entered as an Order of this Court this 26th day of January, 2006.

Entered: By Order:

USMJ

Presented by:

J. Richard Ratcliffe, # 2603
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903
Tel: (401)331-3400
Fax: (401)331-3440

**CERTIFICATION**

I hereby certify that on the 25th day of January, 2006, a true and accurate copy of the within was mailed, postage prepaid to:

Brandon Bell, Esq.
420 Angell Street
Providence, RI 02906

Mr. Jacob D. Brown
78 Sprague Street, 2nd Floor
Cranston, RI 02920

Jennifer C. Archie, Esq.
Latham & Watkins, LLP
555 11th Street, N.W., Suite 1000
Washington, District of Columbia 20004

Margaret M Pansini