Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: J. Richard Ratcliffe, Esq.

RE: CA 05-077S

America Online, Inc. v. Davis Wolfgang Hawke, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 6 / 2 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

XX 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other_____

ENTER: [signature]

United States Magistrate Judge

Date: 6/2/06

cc: Counsel of Record

RECEIVED
JUN 02 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICA ONLINE, INC. )
Plaintiff, )
)
vs. ) M. No. 05-0077S
)
DAVIS WOLFGANG )
HAWKE, et al )
Defendants. )

**MOTION OF AMERICA ONLINE TO HOLD DEFENDANT MAURICIO A. RUIZ IN CONTEMPT FOR FAILURE TO COMPLY WITH THE OCTOBER 17, 2005 COURT ORDER AND TOAPPEAR AT A DEPOSITION**

Plaintiff America Online, Inc. ("AOL") moves this Court for an order holding the defendant Mauricio A. Ruiz ("Ruiz") in civil contempt for failing to comply with this Court's October 17, 2005, Order requiring him to make payments of Six Hundred Dollars ($600.00) per month and for failing to comply with a Notice of Deposition, dated April 19th, 2006, requiring his attendance at a deposition scheduled for May 2, 2006. A copy of the October 17, 2006 Court Order is attached to the "Memorandum In Support of America Online's Motion to Hold Defendant Mauricio A. Ruiz in Contempt for Failure to Comply with the October 17, 2005 Court Order and to Appear at a Deposition" (hereinafter referred to as the "Memorandum"). *See Appendix B* to the Memorandum. A copy of the "Notice to Take Deposition" is attached to Exhibit 1 of the May 2, 2006 deposition transcript. *See Appendix A* ("Scheduled Deposition of Mauricio A. Ruiz"), to the Memorandum.

AOL requests that the Contempt Order require Ruiz to immediately deliver Eighteen Hundred Dollars ($1800.00) to AOL, which represents the payments now past due pursuant to this Court's October 17, 2005 Order. Pursuant to the Order Ruiz was required to make payments