RECEIVED
FILED
JUN 08 2006
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

9/5/06: DENIED WITHOUT PREJUDICE. USMJ

| | | |
|---|---|---|
| AMERICA ONLINE, INC. Plaintiff, | ) | |
| vs. | ) | Referred to U.S.M.J. M No. 05-0077S<br>☐ for findings & recommendations<br>☑ for determination<br>☐ |
| DAVIS WOLFGANG HAWKE, et al Defendants. | ) | William E. Smith, District Judge<br>Date: 6/20/06 |

**MOTION OF AMERICA ONLINE TO HOLD DEFENDANT MAURICIO A. RUIZ IN CONTEMPT FOR FAILURE TO COMPLY WITH THE OCTOBER 17, 2005 COURT ORDER AND TOAPPEAR AT A DEPOSITION**

Plaintiff America Online, Inc. ("AOL") moves this Court for an order holding the defendant Mauricio A. Ruiz ("Ruiz") in civil contempt for failing to comply with this Court's October 17, 2005, Order requiring him to make payments of Six Hundred Dollars ($600.00) per month and for failing to comply with a Notice of Deposition, dated April 19th, 2006, requiring his attendance at a deposition scheduled for May 2, 2006. A copy of the October 17, 2006 Court Order is attached to the "Memorandum In Support of America Online's Motion to Hold Defendant Mauricio A. Ruiz in Contempt for Failure to Comply with the October 17, 2005 Court Order and to Appear at a Deposition" (hereinafter referred to as the "Memorandum"). *See Appendix B* to the Memorandum. A copy of the "Notice to Take Deposition" is attached to Exhibit 1 of the May 2, 2006 deposition transcript. *See Appendix A* ("Scheduled Deposition of Mauricio A. Ruiz"), to the Memorandum.

AOL requests that the Contempt Order require Ruiz to immediately deliver Eighteen Hundred Dollars ($1800.00) to AOL, which represents the payments now past due pursuant to this Court's October 17, 2005 Order. Pursuant to the Order Ruiz was required to make payments