MC 05-77S

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT Court for the District of Rhode Island |
|---|---|

TO THE MARSHAL OF: United States District Court for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Davis Wolfgang Hawke

you cause to be made and levied as well a certain debt of: $12,834,553.82 plus interest, costs and attorney's fees.

DOLLAR AMOUNT

DOLLAR AMOUNT
Twelve Million, Eight Hundred, Thirty Four Thousand, Five Hundred, Fifty Three Dollars and 82/100 plus interest, costs and attorney's fees.

in the United States District Court for the First District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Defendant, Davis Wolfgang Hawke, in the case fo America Online, Inc. v. Davis Wolfgang Hawke, et al, MP No. 05-0077S

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE United States District Court | DISTRICT Rhode Island |
|---|---|
| CITY Providence | DATE 12-4-06 |

Witness the Honorable William E. Smith
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 9-6-06 | Paulette J. Dube |
| | (BY) DEPUTY CLERK [signature] Chief Deputy Clerk |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |